UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA WHITING, a Widow,<br><br>        Plaintiff,<br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 03cv0216 - BTM (JMA)<br><br>**ORDER<br>EXTENDING THE TIME FOR DEFENDANT<br>TO SUBMIT COSTS AND EXPENSES CLAIMS** |

Upon Joint Motion of the parties and for good cause shown, the Court orders that Defendant has until August 10, 2007, to submit or file any bill for costs and any motion for expenses.

It is further ordered that this delay is not intended to and will not affect the time for Plaintiff to file any notice of appeal (*see* Fed. R. App. P. § 4).

IT IS SO ORDERED.

DATED: July 2, 2007

_____
Hon. Barry Ted Moskowitz
United States District Judge